IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAMES ANTHONY HUNTER, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:24-cv-34-JDK-JDL |
| TURN KEY HEALTHCARE, et al., | § § § | |
| Defendants. | § § § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff James Anthony Hunter, a Texas Department of Criminal Justice inmate proceeding pro se, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for disposition.

On June 10, 2024, Judge Love issued a Report recommending that the Court dismiss Plaintiff's claims against Defendants Turn Key Medical Health and UT Health without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and dismiss Plaintiff's claims against Defendants Nurse Victoria, Nurse Vanessa, Nurse Natalie, and Dr. Gary White with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). Docket No. 18. A copy of this Report was sent to Plaintiff. However, no objections have been received.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and

1

Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not object in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 18) as the findings of this Court. It is therefore **ORDERED** that Plaintiff's claims against Defendants Turn Key Medical Health and UT Health are **DISMISSED** without prejudice and Plaintiff's claims against Defendants Nurse Victoria, Nurse Vanessa, Nurse Natalie, and Dr. Gary White are **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **30th** day of **July, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE